BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-719 EMC |
| Plaintiff, | |
| v. | STIPULATION and [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| GREGORY ALEXANDER, | |
| Defendant. | Date: November 30, 2011<br>Time: 2:30 p.m.<br>Court: The Honorable Edward M. Chen |

Undersigned counsel stipulate as follows:

1. A change of plea hearing is currently scheduled in this matter on November 30, 2011 at 2:30 p.m;

2. Mr. Alexander hereby requests additional time to allow him to purchase a round trip airline ticket with a two-week advance, which his research shows will be more affordable for him than purchasing a one-way airfare to return home after a Court appearance on November 30, 2011;

3. Accordingly, Mr. Alexander requests a continuance of the change-of-plea hearing for this purpose to December 13, 2011 at 1:45 p.m;

4. Government counsel has no objection to defense counsel's request.

IT IS SO STIPULATED.

*Alexander*, CR 09-719 EMC; STIP
CONTINUE HEARING

| | | |
|---|---|---|
| 1 | DATED: November 28, 2011 | _____/S/_____ |
| 2 | | |
| 3 | | ELIZABETH M. FALK<br>Assistant Federal Public Defender |
| 4 | | |
| 5 | DATED: November 28, 2011 | _____/S/_____ |
| 6 | | |
| 7 | | MICHELLE KANE<br>Assistant United States Attorney |

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the change-of-plea hearing previously scheduled for November 30, 2011 is hereby CONTINUED to December 13, 2011 at 1:45 p.m.

IT IS SO ORDERED.

DATED: 11/30/11

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
/s/ Judge Edward M. Chen